**James L. ROUDABUSH, Jr.,
Plaintiff–Appellant,**

**v.**

**HYLTON, CDUSM, U.S. Marshal Service; D. Lawhorne, Sheriff; Sterns, Chief; Commonwealth Attorney–Alexandria (VA); K. Pedersen, Ausa, Edva; F. Milano, Captain; J. Corey; G. Hunter; Lieutenant M. Josiah; Director, American Correctional Association; C.M. Hilton, USDJ, Edva; Edward Semonian, Circuit Court Clerk; R. Sterns, Deputy, Defendants–Appellees.**

No. 15–7589.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2016.

Decided: March 2, 2016.

James Lester Roudabush, Jr., Appellant Pro Se.

Before WYNN, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lester Roudabush, Jr., appeals the district court's order dismissing his

civil action filed pursuant to 42 U.S.C. § 1983 (2012) and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), under 28 U.S.C. § 1915A(b)(1) (2012) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roudabush v. Hylton,* No. 2:15–cv–00376–RBS–TEM (E.D.Va. Sept. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*